UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:
GLEN PARKER WIGGINS &       Bankruptcy Case No. 09-36623-DSO
SHERRI LYNN WIGGINS,

    Chapter 7
    Hon. Daniel S. Opperman

              Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

    The attached check in the amount of $2.75 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Recovery Mgt. | 4 | $2.75 |

Dated: January 12, 2011          /s/ Samuel D. Sweet
                                             Samuel D. Sweet, Chapter 7 Trustee
                                             P.O. Box 757
                                             Ortonville, MI 48462-0757
                                             248-236-0985
                                             ssweet@trusteesweet.us